UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS C. HOUSH,<br><br>   Plaintiff,<br><br>   v.<br><br>SOLANO STATE PRISON, et al.,<br><br>   Defendants. | No. 2:18-cv-3271 DB P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. He alleges deliberate indifference to his serious medical needs and excessive force in violation of the Eighth Amendment. Plaintiff filed his original complaint on December 27, 2018. On screening, this court found plaintiff failed to state a cognizable claim under § 1983. (ECF No. 5.) Plaintiff was given thirty days to file an amended complaint.

On April 25, 2019, plaintiff filed a first amended complaint. (ECF No. 9.) In an order filed May 28, 2019, this court again determined that plaintiff failed to state any cognizable claims for relief. (ECF No. 11.) Plaintiff was again provided thirty days to amend his complaint. Plaintiff was warned that if he failed to file a timely second amended complaint or otherwise respond to the court's May 28 order, this court would recommend this action be dismissed.

////

1

Thirty days have passed and plaintiff has not filed a second amended complaint or responded to the court's May 28 order. Accordingly, this court will recommend this action be dismissed for plaintiff's failure to prosecute and failure to comply with court orders. See E.D. Cal. R. 110; Fed. R. Civ. P. 41.

For the foregoing reasons, the Clerk of the Court IS HEREBY ORDERED to randomly assign a district judge to this case.

Further, IT IS RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may result in waiver of the right to appeal the district court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: July 12, 2019

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/hous3271.fta fr

2